IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| MICHAEL DESHAUN WILLIAMS, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| vs. ) | Case No. CV 322-072 |
| ) | |
| FAIRVIEW PARK HOSPITAL, INC., ) | |
| HCA HEALTHCARE INC., ) | |
| DR. SARAH HAZIM AL MANSI, ) | |
| ) | |
| Defendants-Appellees. ) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 2nd day of December, 2022.

_____
HON. DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA